# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA KILGRO, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 5:19-cv-01775-CLM-JHE |
| L. JAMES WEIL, JR. et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on June 1, 2021, recommending that the court **DENY** Joshua Kilgro's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. 2241. (Doc. 10). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received objections.

Having carefully reviewed and considered the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Kilgro's petition for a writ of habeas corpus is **DENIED**, and the Respondents' motion for summary judgment is **GRANTED**. By separate order, the court will dismiss this action.

**DONE** on June 30, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE